### RAMIREZ v. STATE.   (No. 5864.)

(Court of Criminal Appeals of Texas.
June 16, 1920.)

**Criminal law ⬗1182—There being no error of record, conviction will not be disturbed.**

Where there was no statement of facts, bills of exception, or motion for new trial, a conviction will not be disturbed on appeal; there being no error of record, and the indictment and charge being sufficient.

Appeal from District Court, El Paso County; W. D. Howe, Judge.

Ernesto Ramirez was convicted of burglary, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

LATTIMORE, J. In this case, appellant was convicted in the district court of El Paso county, for the offense of burglary, and given a term of two years in the penitentiary.

The record is before us without any statement of facts, bills of exception, or motion for a new trial. We have examined the indictment, and find it to be in conformity with the requirements of the statute, and the charge of the court is the law applicable.

Finding no error in the record, the judgment will be affirmed.